**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1918**

_____

TODD M. JACK,

Plaintiff – Appellant,

v.

VIRGINIA EMPLOYMENT COMMISSION,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:13-cv-00350-CMH-JFA)

_____

Submitted:  November 4, 2013          Decided:  November 8, 2013

_____

Before DIAZ and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Todd M. Jack, Appellant Pro Se.  Joshua Noah Lief, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todd M. Jack appeals the district court's orders dismissing this action pursuant to Fed. R. Civ. P. 12(b)(1), (b)(6) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jack v. Virginia Employment Comm'n, No. 1:13-cv-00350-CMH-JFA (E.D. Va. June 25, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2